1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile:  (650) 838-4350
5
6  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac pending*)
   E-mail: EMcDougall@perkinscoie.com
7  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000

10  Attorneys for Plaintiff
    craigslist, Inc.
11

12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                       SAN FRANCISCO DIVISION
15

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, | Case No.   CV 09 4743 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Red Trumpet LLC, a California limited liability company; Jeffrey H. Yip d/b/a craigsup.com; and Does 1 through 25, inclusive, | |
| Defendants. | |

Elizabeth L. McDougall, an active member in good standing of the bar of the State of Washington whose business address and telephone number is 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099, (206) 359-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing craigslist, Inc.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10.14.09

_____
United States District/~~Magistrate~~ Judge