Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Red Trumpet LLC, a California limited liability company; Jeffrey H. Yip d/b/a craigsup.com; and Does 1 through 25, inclusive, <br><br> Defendants. | Case No. CV 09 4743 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date:    January 29, 2010 <br> Time:   1:30 p.m. <br> Dept:   Courtroom 11, 19th Floor <br> Before: Honorable Jeffrey S. White |

1
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17571971.2

1    WHEREAS, on October 5, 2009, craigslist, Inc. filed suit against Defendants Red
2    Trumpet LLC, a California limited liability company, Jeffrey H. Yip d/b/a craigsup.com, and
3    Does 1 through 25, inclusive, on various causes of action for their alleged operation of the
4    craigsup.com website and service, which, among other things, post advertisements on the
5    craigslist classified ad forum on behalf of others in violation of craigslist's Terms of Use.
6    WHEREAS, Defendant Jeffrey Yip is not represented by counsel and is proceeding as a
7    *pro se* litigant.
8    WHEREAS, Defendant Red Trumpet LLC, which was founded and operated by
9    Defendant Jeffrey Yip, has not yet retained counsel.
10   WHEREAS, the parties have engaged in informal discovery and are attempting to reach
11   an early resolution of the case.
12   WHEREAS, the Case Management Conference is currently scheduled for January 29,
13   2010.
14   WHEREAS, in light of the foregoing, the parties stipulate and respectfully request that the
15   Court continue the Case Management Conference until March 26, 2010, at 1:30 p.m. to allow
16   further time for the parties to endeavor to resolve the case.

**IT IS SO STIPULATED.**

DATED: January 20, 2010                **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com
    Elizabeth L. McDougall (WA Bar No. 27026)
    (*admitted pro hac vice*)
    EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

---

2
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17571971.2

DATED: January 20, 2010

By: /s/ Jeffrey Yip
Jeffrey Yip

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 20, 2010        **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the initial Case Management Conference, which was originally scheduled for January 29, 2010, at 1:30 p.m., is rescheduled and will now take place on March 26, 2010, at 1:30 pm.  Plaintiff shall serve Defendants with a copy of this Order.

Dated: January 22, 2010          _____
Honorable Jeffrey S. White

3
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17571971.2