Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Red Trumpet LLC, a California limited liability company; Jeffrey H. Yip d/b/a craigsup.com; and Does 1 through 25, inclusive, <br><br> Defendants. | Case No. CV 09 4743 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: March 26, 2010 <br> Time: 1:30 p.m. <br> Dept: Courtroom 11, 19th Floor <br> Before: Honorable Jeffrey S. White |

1
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17909571.1

1  WHEREAS, on October 5, 2009, craigslist, Inc. filed suit against Defendants Red Trumpet LLC, a California limited liability company, Jeffrey H. Yip d/b/a craigsup.com, and Does 1 through 25, inclusive, on various causes of action for their alleged operation of the craigsup.com website and service, which, among other things, post advertisements on the craigslist classified ad forum on behalf of others in violation of craigslist's Terms of Use.

WHEREAS, the parties previously stipulated to and the Court continued the Case Management Conference from January 29, 2010 to March 26, 2010.

WHEREAS, the parties have thereafter worked diligently to settle this action without the need for further litigation.

WHEREAS, the parties have reached a settlement in principle of the action.

WHEREAS, the parties are in the process of finalizing the settlement agreement.

WHEREAS, the Case Management Conference is currently scheduled for March 26, 2010 with a Case Management Conference Statement due on March 19, 2010.

WHEREAS, in light of the foregoing, the parties stipulate and respectfully request that the Court continue the Case Management Conference until April 23, 2010 at 1:30 p.m. to allow further time for the parties to finalize and execute the settlement agreement.

**IT IS SO STIPULATED.**

DATED: March 17, 2010            **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
(*admitted pro hac vice*)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

---

2
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17909571.1

DATED: March 17, 2010

By: /s/ Jeffrey Yip
Jeffrey Yip

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: March 17, 2010

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the initial Case Management Conference, which was scheduled for March 26, 2010, at 1:30 p.m., is rescheduled and will now take place on April 23, 2010, at 1:30 pm.

Dated: March 17, 2010

*[signature: Jeffrey S. White]*
Honorable Jeffrey S. White

3
CASE NO. CV 09 4743 JSW
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

40753-0043/LEGAL17909571.1